**Fill in this information to identify the case:**

Debtor name | **Lusso Auto, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known):

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Financial P.O. Box 951 Horsham, PA 19044** | | **Ram 3500** | | **$82,000.00** | **$0.00** | **$82,000.00** |
| **Autumn Kurtz-Higby 42710 Santa Suzanne Place Temecula, CA 92592** | | **Lawsuit for Breach of Contract** | | | | **$150,000.00** |
| **Chicago's Car Wash, LLC c/o Kennedy & Couviller 3271 E. Warm Springs Road Las Vegas, NV 89120** | | **Potential Claim** | **Disputed** | | | **$0.00** |
| **Cintas Corporation 2460 Kiel Way North Las Vegas, NV 89030** | | **Trade debt** | | | | **$2,641.94** |
| **Entegrity CPAs, LLC Attn: Randy Daugherty 8981 West Sahara Ave, Suite 120 Las Vegas, NV 89117** | | **Unpaid CPA services** | | | | **$8,500.00** |
| **Internal Revenue Services Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | | **Potential tax liability** | | | | **$0.00** |
| **Lumen Collections / CenturyLink LATIS P.O. Box 82187 Phoenix, AZ 85072** | | **Trade debt** | | | | **$231.79** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Lusso Auto, LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Pie Insurance Services 1615 L. Street NW, Ste. 620 Washington, DC 20036 | | Insurance services | | | | $2,693.00 |
| Pure Water Solutions of America 3208 South State Street Salt Lake City, UT 84115 | | Trade debt | | | | $4,243.00 |
| Redline Properties, LLC c/o Davis Stibor 10845 Griffith Peak Drive, Second Floor Las Vegas, NV 89135 | | Potential claim | Disputed | | | $0.00 |
| Republic Services, Inc. 18500 N. Allied Way Phoenix, AZ 85054 | | Waste Services | | | | $1,300.00 |
| Sting Alarm, Inc. 7120 Rafael Ridge Way Las Vegas, NV 89119 | | Trade debt | | | | $54.95 |
| Tanus Cabinet Design, Inc. c/o Zaman & Trippiiedi 6620 S. Tenaya Way, Ste. 100 Las Vegas, NV 89113 | | Potential claim | Disputed | | | $0.00 |
| The Barnabi Law Firm, PLLC Attn: CJ Barnabi 375 E. Warm Springs Road, Ste. 104 Las Vegas, NV 89119 | | Unpaid legal services / attorney lien | | | | $11,643.56 |
| U.S. Small Business Administratrion Attn: District Counsel 455 Market Street, Ste. 600 San Francisco, CA 94105 | | SBA Loans | | | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Lusso Auto, LLC**
Name

Case number *(if known)*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy