JAMES W. KWON, ESQ.
Nevada Bar No. 8146
JAMES KWON, LLC
6280 Spring Mountain Road, Suite 100
Las Vegas, Nevada 89146
T: (702) 515-1200
F: (702) 515-1201
jkwon@jwklawfirm.com
*Attorney for Debtor,*
*Lusso Auto, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:             | Case No.: 21-14567-NMC |
|--------------------|------------------------|
|                    | Chapter 11             |
| LUSSO AUTO, LLC,   |                        |
|                    |                        |
| Debtor.            | Hearing Date: OST Hearing Requested |
|                    | Hearing Time: OST Hearing Requested |

**ATTORNEY INFORMATION SHEET**
**RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR**

As required by the Court, Movant has contacted the parties listed below regarding the proposed *Order Shortening Time*. They agree or disagree to the time being shortened as follows:

| NAME | DATE CONTACTED | AGREE / DISAGREE |
|------|----------------|------------------|
| Jeffrey G. Sloane, Esq.<br>Counsel for Ford Motor Credit Company, LLC | 10/21/2021 | Agree |
| Larson A. Welsh, Esq.<br>Counsel for Lestate, LLC | 10/21/2021 | Agree |
| Edward M. McDonald, Esq.<br>Office of U.S. Trustee | 10/21/2021 | Agree |

Dated this 21st day of October 2021.

JAMES KWON, LLC

*/s/ James W. Kwon, Esq.*
JAMES W. KWON, ESQ.
Nevada Bar No. 8146
*Attorney for Debtor, Lusso Auto, LLC*