Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Edward M. McDonald Jr., Trial Attorney
State Bar No. NY 4126009
*edward.m.mcdonald@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Cell: (202) 603-5222
Attorneys for the United States Trustee for Region 17
        TRACY HOPE DAVIS

E-Filed: December 10, 2021

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>**LUSSO AUTO, LLC,**<br><br>                                     Debtor. | Case No: BK-S-21-14567-NMC<br>Chapter 11<br><br>Date: January 11, 2022<br>Time: 9:30 a.m.<br>Location: Foley Ctrm. 3, Telephonic<br>Tel: (877) 411-9748; Code: 8931051# |
|---|---|

**DECLARATION OF MELINDA R. DAVIS IN SUPPORT OF THE MOTION OF THE U.S. TRUSTEE, PURSUANT TO 11 U.S.C. §§ 1112(b) AND (e), AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014,**
**TO DISMISS OR CONVERT CHAPTER 11 CASE AND RESERVATION OF RIGHTS**

I, Melinda R. Davis, declare as follows:

1.      I am employed as a Paralegal Specialist in the Office of the United States Trustee, Region 17. I have personal knowledge of the facts set forth herein and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically so state.

2.      I make this declaration in support of the *Motion of the U.S. Trustee, Pursuant to 11 U.S.C. §§ 1112(b) and (e), and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss or Convert Chapter 11 Case and Reservation of Rights* (the "Motion")*,* which seeks to dismiss or convert the case of the above captioned debtor Lusso Auto, LLC ("Debtor").

3. I have reviewed the case docket for this case, as well as the Debtor's petition, motion to extend, motion to withdraw, and creditor's motion for relief from the automatic stay, and an order lifting the automatic stay on the Debtor's automobile.

4. Based on my review of the Case Docket, this case was filed on September 18, 2021. [*See generally* case docket; *see also* ECF No. 1].

5. Based on my review of the Debtor's petition and the Case Docket, Debtor filed a five page petition, but has failed to file any schedules or a statement of financial affairs. [*See generally* case docket; *see also* ECF No. 1].

6. Based on my review of the Debtor's motion to extend and the Case Docket, Debtor filed a motion to extend the deadline to file schedules, which was set for hearing on November 16, 2021, but no order has been entered granting that motion. [*See generally* case docket; *see also* ECF Nos. 14-17].

7. Based on my review of Ford Motor Credit Company's motion for relief from the automatic stay and the Case Docket, creditor Ford Motor Credit Company filed a motion for relief from the automatic stay on 2019 Ford F350 on October 6, 2021 that was granted by an order entered on November 22, 2021. [*See generally* case docket; *see also* ECF Nos. 19-21 & 35].

8. Based on my review of the Debtor's proposed counsel's motion to withdraw and the Case Docket, Debtor's counsel of record moved to withdraw as counsel on October 21, 2021 with a hearing set on shortened time for November 16, 2021. However, no order has yet been entered granting that motion to withdraw. [*See generally* case docket; *see also* ECF Nos. 26-31 & 33].

9. Based on my review of the Case Docket, Debtor has failed to file monthly operating reports for the partial month of September 18-30, 2021 and for October 2021. [*See generally* case docket].

10. On December 9, 2021 I appeared at the continued 341 meeting of creditors, however the Debtor's representative and counsel of record failed to appear, and the 341 meeting was continued to January 20, 2022. [*See* ECF No. 36].

11. On November 17, 2021 the Court entered an order to show cause why this case should not be dismissed for failing to be represented by counsel, which is set for hearing on January 18, 2022. [*See* ECF No. 33].

12. Based on my review of the case docket, Debtor has taken no action of record in this case since its counsel of record filed a certificate of service on October 27, 2021. [*See generally* case docket].

13. Based on my review of the case docket, Debtor has never filed a disclosure statement or plan in this case. [*See generally* Case Docket].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2021 in Las Vegas, Nevada.

*/s/ Melinda R. Davis*
Melinda R. Davis
Paralegal Specialist for the
United States Trustee, Region 17
